Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

QUIONA WOODS,

     Plaintiff,

v.

CEDARS BUSINESS SERVICES, LLC,

    Defendants.

**Case No. 2:25-cv-07746-PA-AGR**

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Honorable Judge Percy Anderson

This cause coming before the Court on Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

1. The Stipulation for Dismissal is GRANTED. The action against CEDARS BUSINESS SERVICES, LLC is hereby dismissed with prejudice as to Plaintiff's claims. Each party to bear its own attorney's fees and costs.

Dated: February 12, 2026

_____
Percy Anderson
United States District Judge

1